UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                     CASE NO. 8:17-cr-210-SDM-TGW

STANLEY STATON

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called during the violation of supervised release hearing:

1.     United States Probation Officer Kelvern Grant

2.     Officer David Crummer, Winter Haven Police Department

3.     Officer Caleb Nation, Winter Haven PD

4.     Officer Daniel Braswell, Winter Haven PD

5.     Officer Shellsea Crespo, Winter Haven PD

6.     Tyler Johnson

7.     Cornelius Johnson

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Samantha E. Beckman
SAMANTHA E. BECKMAN
Assistant United States Attorney
Florida Bar No. 102533
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.Beckman@usdoj.gov

**U.S. v. Staton**                                    **Case No. 8:17-cr-210-SDM-TGW**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 6, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

*/s/ Samantha E. Beckman*
SAMANTHA E. BECKMAN
Assistant United States Attorney
Florida Bar No. 102533
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.Beckman@usdoj.gov
