

DISC-00039